167 So.2d 664

## ARKANSAS LOUISIANA GAS COMPANY

v.

## LOUISIANA & ARKANSAS RAILWAY COMPANY.

No. 47385.

Oct. 7, 1964.

In re: Arkansas Louisiana Gas Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bossier. 165 So.2d 317.

Writ refused. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.

167 So.2d 664

## Mrs. Rosalind O. POLEMAN and George H. Poleman

v.

## EMPLOYERS LIABILITY ASSURANCE CORPORATION, Ltd., et al.

No. 47388.

Oct. 7, 1964.

In re: Employers Liability Assurance Corporation, Ltd., and Guy W. Nesom applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Natchitoches. 164 So.2d 630.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.